JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM MANUEL HERNANDEZ-MONTES DE OCA,<br><br>                    Petitioner,<br><br>        v.<br><br>ACTING WARDEN OF THE ADELANTO DETENTION CENTER et al.,<br><br>                    Respondent. | Case No. 5:26-cv-03277-MAR<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**. Respondents are **ORDERED** immediately release Petitioner **William Manuel Hernandez-Montes De Oca (A-Number 072-530-442)** and return all of Petitioner's belongings including any identification or work authorization documents. Respondents are **ORDERED** not to arrest or re-detain Petitioner without a finding by a neutral arbiter that he has committed a violation of the conditions of release or removal has become reasonably foreseeable. Respondents are **ORDERED** to not arrest or re-detain Petitioner without providing prior written notice, an opportunity to respond, and the opportunity to be represented by counsel prior to deprivation of liberty.

Dated: July 13, 2026

HONORABLE MARGO A. ROCCONI
United States Magistrate Judge

2